**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEBRASKA**
**LINCOLN DIVISION**

----------------------------------------------------------------X

IN RE:                                                                                          **Case Number: 16-41851-TLS**
                                                                                                        **Chapter: 7**
Charles D. Bowlby,
aka Charles David Bowlby,

              Debtor(s).

----------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the attached Text Order regarding 6726 Platte Avenue, Lincoln, NE 68507 was served electronically on the following parties in interest via the Court's CM/ECF System on January 06, 2021:

John A. Lentz
Attorney for Debtor
650 J St.
Suite 215b
Lincoln, NE 68508

John Stalnaker
Trustee
1111 N. 102nd Ct
Suite 330
Omaha, NE 68114

U.S. Trustee
Jerry Jensen
Acting Assistant UST
U.S. Trustee's Office
111 South 18th Plz, Suite 1148
Omaha, NE 68102


And by Regular United States Mail Service, first class, postage fully pre-paid, to the parties listed below on January 06, 2021:

Charles D. Bowlby
PR: Charles P. Bowlby
2311 Jameson South
Lincoln, NE 68512

5122-N-2390

Dated: <u>January 06, 2021</u>

                BONIAL & ASSOCIATES, P.C.

/s/ Ryan Forrest
Ryan Forrest / # 21946
Wesley T. Kozeny / # 22363
Dustin Stiles / # 24200
7905 L Street, Suite 330
Omaha, Nebraska 68127
Phone: (402) 932-3525
Fax: (314) 991-6755
NEBK@BonialPC.com
Attorney for Specialized Loan Servicing, LLC

## U.S. Bankruptcy Court

### District of Nebraska

Notice of Electronic Filing

The following transaction was received from dkk entered on 1/5/2021 at 10:57 AM CST and filed on 1/5/2021

**Case Name:** Charles D. Bowlby
**Case Number:** 16-41851-TLS
**Document Number:** 73

**Docket Text:**
Order Granting Motion For Relief From Stay filed by Specialized Loan Servicing LLC (Related Doc # [57]). The pleading was filed, served and noticed pursuant to local rules and no timely resistance/objection was filed. The motion for relief from stay is granted. The request for waiver of the stay under Fed. R. Bankr. P. 4001(a)(3) is also granted. This Order shall not be construed as either an award or denial of any request in the motion for attorney fees and costs. Entitlement to such amounts shall be determined in accordance with applicable state law or by separate motion, if needed. Movant is responsible for giving notice to parties in interest as required by rule or statute. ORDERED by Judge Thomas L. Saladino. (Text only order) (dkk)